# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HERSCHEL L. LANEY,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:15-cv-00876-MHH |
| **COVINGTON CREDIT OF ALABAMA, INC., and EQUIFAX INFORMATION SERVICES, LLC,** | } |
| **Defendants.** | } |

## ORDER

Plaintiff Herschel Laney and defendants Covington Credit of Alabama, Inc. and Equifax Information Services, LLC have filed a joint stipulation of dismissal with prejudice. (Doc. 27).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorneys' fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this March 3, 2016.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE